**EXHIBIT 1**




From: Taco Product Catalog #100-7.2