**EXHIBIT 2**




From: Watts Product Specification S-AS/AST 0137-0

902048_2