# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TACO, INC.,
Plaintiff

v. C.A. No. 07-103s

WATTS WATER TECHNOLOGIES, INC.,
Defendants

## NOTICE OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a), Plaintiff, Taco, Inc., hereby dismisses its claims against defendants, Watts Water Technologies, Inc., without prejudice.

TACO, INC.,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard A. Merten
Howard A. Merten (#3171)
Leonard B. Katzman (#6304)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DISMISSAL STIPULATION was mailed, postage prepaid, on this 6th day of June, 2007.

Jeffrey J. Miller, Esquire
Assistant General Counsel
Watts Water Technologies, Inc.
815 Chestnut Street
North Andover, MA 01845

/s/ Howard A. Merten

921788_1/2818